February 23, 2021

Your Honor,

    I am writing this letter on behalf of my son Michael Via. We are asking if Michael may receive early release as our family remains concerned about his explore to Covid-19 while incarcerated. Michael has suffered from an asthmatic condition since childhood and as Covid-19 has more severe consequences in those with preexisting conditions (especially those related to the lung) we remain worried for his health while incarcerated as social distancing is difficult in prison settings.

    In addition, since his initial incarceration Michael has matured significantly and changed his frame of mind. He is now focused on his future and has started to plan for his eventual release. This planning has included him talking with me about various job training programs that he may enroll in upon his release. He now hopes to obtain stable work that will allow him to support himself going forward. He has requested information on various welding schools and is eager to become a skilled trade person. I have been working closely with him and will continue to help link him with vocational information in an effort to help him meet this goal.

    Our family remains hopeful that Michael will be given a second chance through the early release program. We thank you in advance for your consideration.

Sincerely,

*James Via*

James Via